**30**

**In re WOODS FURNITURE AND APPLI-
ANCE COMPANY c/o Steve Woods 620
Railroad Street Ironton, Ohio 45638
I.D. # 31–0856305, Debtor.**

**Bankruptcy No. 1–84–02823.**

United States Bankruptcy Court,
S.D. Ohio, W.D.

Jan. 24, 1985.

David P. Reiser, Columbus, Ohio, for pe-
titioning creditors.

Carol Jean Destocki, Ironton, Ohio, Trus-
tee in Bankruptcy.

ORDER DISMISSING CASE.

BURTON    PERLMAN,    Bankruptcy
Judge.

In this involuntary Chapter 7 case an
order for relief was entered and an interim
trustee appointed. The case was set for
status conference with due notice given
thereof. There was no appearance on be-
half of the petitioning creditors. The inter-
im trustee informed the court that she
could find neither presence nor personnel
of the debtor in the district.

In light of the foregoing, it is hereby
ORDERED that the case be dismissed.